MARK PARNES (SBN 104775)
CHRISTOPHER R. PARRY (SBN 209858)
AILEEN OCON (SBN 240417)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: cparry@wsgr.com

Attorneys for Plaintiff
JANE DOE

KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ILA C. DEISS (SBN 3052909)
Assistant United States Attorney
450 Golden Gate Ave., 9th Floor
San Francisco, CA 94102-3495
Telephone: (415) 436-7124
Facsimile: (415) 436-7169
Email: ila.deiss@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. CV 06-04764 MEJ<br><br>**AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING OUTCOME OF ADMINISTRATIVE APPEAL** |

Pursuant to Civil L.R. 7-12, the parties to this action, Plaintiff Jane Doe ("Ms. Doe") and Defendant United States of America ("United States"), through their respective counsel, hereby jointly request the Court to enter an order staying all claims in the present action for the following reasons and upon the following terms and conditions:

WHEREAS, Plaintiff Doe filed a complaint against the United States on August 7, 2006 alleging a claim under the Federal Tort Claims Act ("FTCA") based on events that happened on August 13, 2003, when the U.S. Customs and Border Protection (CBP) detained her at the U.S.-Mexico border in El Paso, Texas and expeditiously removed her to Mexico;

WHEREAS, on August 14, 2003, Plaintiff Doe reentered the United States without inspection and later applied for asylum with the immigration court in San Francisco;

1    WHEREAS, on September 19, 2006, the Honorable George W. Proctor (Immigration Judge) granted Ms. Doe's asylum application;

WHEREAS, the U.S. Immigration & Customs Enforcement ("ICE") has filed an administrative appeal to Judge Proctor's decision, and the appeal is currently pending before the Board of Immigration Appeals ("BIA Appeal");

WHEREAS, on October 3, 2006, the United States filed a Motion to Dismiss Ms. Does's FTCA claim and has noticed a January 18, 2006 hearing for its motion;

WHEREAS, the outcome of the BIA Appeal may resolve some or all of the issues raised in Ms. Doe's FTCA claim against the United States;

WHEREAS, to promote efficiency and conserve judicial resources, both Ms. Doe and the United States wish to stay all issues in the present action until the BIA Appeal has been resolved;

NOW, THEREFORE Ms. Doe and the United States, and their respective counsel of record hereby stipulate and request entry of the following order:

1. The present action filed by Ms. Doe against the United States shall be stayed on all matters until the BIA Appeal has concluded. All deadlines, dates, and hearings—including the currently noticed dates for the hearing and briefing schedule on the United States' Motion to Dismiss—shall be continued during the period of the stay.

2. The parties shall promptly inform the Court when the BIA Appeal has concluded.

3. If the conclusion of the BIA Appeal resolves Ms. Doe's FTCA claims against the United States, the parties shall so inform the Court and file a motion for dismissal of this action in its entirety.

4.  If the conclusion of the BIA Appeal does not resolve Ms. Doe's FTCA claims against the United States, the United States may re-notice a hearing on its Motion to Dismiss, subject to the Court's availability.

Dated: December 11, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/
    Christopher Parry

Attorneys for Plaintiff
Jane Doe

Dated: December 11, 2006

By:   /s/
    Ila C. Deiss

Attorneys for Defendant
United States of America

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 12, 2006                 
The Honorable Maria-Elena James
U.S. MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Maria-Elena James]*

JT. STIPULATION & [PROPOSED] ORDER TO STAY
ACTION PENDING ADMINISTRATIVE APPEAL
CASE NO. C06-04764 SBA

3

PALIB1_3009690_1.DOC

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Ila C. Deiss.

Dated: December 11, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/_____
      Christopher Parry

Attorneys for Plaintiff
Jane Doe

JT. STIPULATION & [PROPOSED] ORDER TO STAY
ACTION PENDING ADMINISTRATIVE APPEAL
CASE NO. C06-04764 SBA

4

PALIB1_3009690_1.DOC