United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | No. C 06-4764 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER REQUESTING STATUS UPDATE** |
| USA, | |
| Defendant(s). | |

On December 12, 2006, the Court stayed the above-captioned matter pending resolution of the BIA appeal. As the parties have not provided any status reports since that time, the Court requests that the parties provide a joint status statement by August 27, 2008.

**IT IS SO ORDERED.**

Dated: August 14, 2008

MARIA-ELENA JAMES
United States Magistrate Judge