| | |
|---|---|
| 1 | MARK PARNES (SBN 104775) |
| 2 | JONI OSTLER (SBN 230009) |
|   | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 3 | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
| 4 | Telephone: (650) 493-9300 |
|   | Facsimile: (650) 565-5100 |
| 5 | Email: jostler@wsgr.com |
| 6 | Attorneys for Plaintiff |
|   | JANE DOE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | Case No. CV 06-04764 MEJ |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **NOTICE OF VOLUNTARY** |
| v. | ) | **DISMISSAL PURSUANT TO FED. R.** |
|  | ) | **CIV. P. 41(a)(1)** |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. C06-04764 SBA

3649089_1.DOC

1  NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Jane Doe, the Plaintiff in this civil action, voluntarily dismisses her claims with prejudice. Neither an answer to the Complaint nor a motion for summary judgment has been served by the defendant.

Dated: April 15, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____s/Joni Ostler_____
      Joni Ostler

Attorneys for Plaintiff
Jane Doe

This matter is hereby DISMISSED. The Clerk of Court shall close the file.

Dated: April 15, 2009

IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA